**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6062**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

DANNY LEE PEOPLES,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:07-cr-00084-JCT-3)

_____

Submitted:  May 18, 2012                    Decided:  May 22, 2012

_____

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Danny Lee Peoples, Appellant Pro Se.  Charlene Rene Day, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Lee Peoples appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Peoples, No. 7:07-cr-00084-JCT-3 (W.D. Va. Dec. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED